**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 76.117.225.195,

    Defendant.

Civil Action No. 2:14-cv-04386-CCC-JBC

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 76.117.225.195. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 5, 2014

Respectfully submitted,

By:    /s/ *Patrick J. Cerillo*
Patrick J. Cerillo
pjcerillolaw@comcast.net
4 Walter Foran Blvd.
Suite 402
Flemington, NJ 08822
Telephone: (908) 284-0997
Facsimile: (908) 284-0915
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                By:  /s/ *Patrick J. Cerillo*_____
                                                    Patrick J. Cerillo